**Motion GRANTED.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:03-00187-2 |
| ) | JUDGE TRAUGER |
| FREDERICK K. CHUMLEY ) | |

MOTION TO TRAVEL

Frederick K. Chumley, through counsel, moves this Honorable Court to permit him to travel to El Salvador, Central America, for the purpose of visiting his wife, Yeldi Gloribel Valle Chumley. Mr. Chumley is currently on supervised release and is being supervised by U.S. Probation Officer Lisa House. Mr. Chumley's wife resides in Central America. Mr. Chumley desires to travel to El Salvador, leaving the United States on August 30, 2012, and returning to the United States on September 3, 2012. While in Cental America, Mr. Chumley will reside at the following address:

    Urv/America2/pol/g/casa 22
    Metapan, Santa Ana, El Salvador, C.E.A.

U.S. Probation Officer House, while not having any direct opposition to this Motion, is concerned about the inconsistency in Mr. Chumley's restitution payments, and leaves the decision whether to grant the motion to the discretion of the Court.

Wherefore, for the reasons set forth above, Mr. Chumley respectfully requests that the court grant his motion to travel between the dates indicated above.

Respectfully submitted,

  s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Frederick K. Chumley